**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL ECHEVARRIA, | : | CHAPTER 7 |
| | : | NO. 13-22693 (RDD) |
| Debtor. | : | |
| | : | |
| MICHAEL ECHEVARRIA, | : | |
| | : | |
| Debtor and Plaintiff on behalf of himself and all others similarly situated, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | ADV. NO. 14-08216 (RDD) |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; and FIA CARD SERVICES, N.A., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS BANK OF AMERICA CORPORATION, BANK OF AMERICA,**
**NATIONAL ASSOCIATION, AND FIA CARD SERVICES, N.A.'S**
**MOTION TO WITHDRAW THE REFERENCE**

Dated: May 30, 2014
New York, New York

REED SMITH LLP
Mary J. Hackett, Esq.
Chrystal A. Puleo, Esq.
599 Lexington Avenue, 22nd Floor
New York NY 10022
Telephone: (212) 521 5400
Facsimile: (212) 521 5450
mhackett@reedsmith.com
cpuleo@reedsmith.com

Attorneys for Bank of America Corporation,
Bank of America, N.A. and FIA Card Services,
N.A.

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

Defendants Bank of America Corporation, Bank of America, N.A. and FIA Card Services, N.A. ("Defendants"), the defendants in the captioned adversary proceeding respectfully move the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules of the Bankruptcy Court, withdrawing the reference of the captioned adversary proceeding to the Bankruptcy Court for the reasons set forth in the accompanying memorandum of law with supporting declaration, which is incorporated herein by reference.

Defendants have made no prior request to this Court or to any other court for the relief requested by this Motion.  Defendants submit this Motion without prejudice to, and without waiver of, any rights, arguments or defenses that Defendants might have at law or in equity, including defenses based on lack of subject matter or personal jurisdiction.

WHEREFORE, Defendants Bank of America Corporation, Bank of America, N.A., and FIA Card Services, N.A. respectfully request that the Court enter an Order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Chrystal A. Puleo*
REED SMITH LLP
Mary J. Hackett, Esq.
Chrystal A. Puleo, Esq.
599 Lexington Avenue, 22nd Floor
New York NY 10022
Telephone: (212) 521 5400
Facsimile: (212) 521 5450
mhackett@reedsmith.com
cpuleo@reedsmith.com

Attorneys for Bank of America Corporation,
Bank of America, N.A. and FIA Card Services,
N.A.